Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Portia Mason*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

PORTIA MASON, an individual,

Plaintiff,

v.

TWELFTH OF MAY, LLC d/b/a THE BEL-AIR, a California limited liability company; and DOES 1 to 10, inclusive,

Defendants.

Case No.: 2:22-cv-03314-FMO-JEM

CLASS ACTION

Honorable Judge Fernando M. Olguin
Courtroom 6D, 6th Floor

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Complaint filed: May 16, 2022
Trial Date: None Set

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Portia Mason requests that this Court enter a dismissal with prejudice as to Plaintiff's claims in their entirety in the above-entitled action. Each party shall bear her or its own fees and costs.

Dated: July 29, 2022

**WILSHIRE LAW FIRM, PLC**

*/s/ Binyamin I. Manoucheri*
Thiago M. Coelho
Binyamin I. Manoucheri
*Attorneys for Plaintiff Portia Mason*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137